RESERVE LIFE INSURANCE CO. *v.* DOUGLASS

No. 41399 March 7, 1960 118 So. 2d 333

354

*Wm. A. Bacon, Donald E. Mullen,* Jackson, for appellant.

*Charles C. Jacobs, Jr., John L. Hatcher,* Cleveland, for appellee.

HALL, J.

This is a suit on an insurance policy and presents purely a question of fact which was submitted by the lower court to the jury and the jury returned a verdict in favor of the insured. We think the case is controlled by the decision in World Insurance Company v. Bethea, 230 Miss. 765, 93 So. 2d 624. But the appellant's counsel

358

states in his brief that he has examined the Supreme Court record in the Bethea case and he contends it is not in point because no copy of the application for the insurance was attached to the policy. Evidently counsel did not examine the record very closely for if he had looked at pages twelve to sixteen thereof, he would have found a photostat of the original policy to which there was attached a photostatic copy of the application.

We are of the opinion that the case was properly submitted to the jury and that the judgment of the lower court based on the jury's verdict should be and it is hereby affirmed.

Affirmed.

*Kyle, Holmes, Ethridge* and *Gillespie, JJ.*, concur.